# RATH YOUNG PIGNATELLI

**R. Terry Parker, Esquire**
Attorney-At-Law
rtp@rathlaw.com
**DD** (603) 410-4338
**Please reply to:** Concord Office

May 3, 2018

**VIA ECF**

Honorable Karen M. Williams
United States Magistrate Judge
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  **RE:** **Carl Chapman v. Lattice, Inc.**
     **Civil Action 1:17-cv-13468-RBK-KMW**

The Honorable Karen M. Williams:

This firm represents the plaintiff Carl Chapman in above-referenced matter.  We write to notify the Court that the parties have agreed in principle to settling this matter.  We hope to finalize the terms of settlement shortly.

Sincerely,

*/s/ R. Terry Parker*

R. Terry Parker

RTP/mrp

cc: Manny D. Pokotilow, Esquire

National Impact. Uniquely New Hampshire.
Rath, Young and Pignatelli, P.C.
www.rathlaw.com

One Capital Plaza
Concord, NH 03302-1500
T (603) 226-2600
F (603) 226-2700

20 Trafalgar Square
Nashua, NH 03063
T (603) 889-9952
F (603) 595-7489

120 Water Street, 2nd Floor
Boston, MA 02109
T (617) 523-8080

26 State Street, Suite 9
Montpelier, VT 05602
T (802) 229-8050
F (802) 229-4666