# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL CHAPMAN,<br><br>       Plaintiff,<br>v.<br><br>LATTICE, INC.,<br><br>       Defendant. | Civil Case No.1:17-cv-13468-RBK-KMW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carl Chapman and Defendant Lattice, Inc., hereby stipulate to the dismissal with prejudice of the above-captioned action.

SO STIPULATED, this 16th day of May, 2018.

RATH, YOUNG AND PIGNATELLI P.C.

By: */s/ R. Terry Parker*
R. Terry Parker, Esquire
120 Water Street, 2nd Floor
Boston, MA 02109
Phone: (603) 410-4338
Email: rtp@rathlaw.com

*Attorneys for Plaintiff*

CAESAR RIVISE, PC

By: */s/ Manny D. Pokotilow*
Manny D. Pokotilow, Esquire
Salvatore Guerriero, Esquire
CAESAR RIVISE, PC
1635 Market Street
12th Floor – Seven Penn Center
Philadelphia, PA 19103-2212
Email: mpokotilow@crbcp.com
Email: sguerriero@crbcp.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I, R. Terry Parker, hereby certify that I caused the foregoing document to be filed with the Court through the ECF system on the 16th day of May 2018, by which service is made electronically by the Court's system to all counsel of record.

                                                   /s/ *R. Terry Parker*
                                                    R. Terry Parker